UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANA SYSAK,

    Plaintiff,

v.                                          Case No.: 2:20-cv-00643-JLB-MRM

NURSE ON CALL, INC.,[1]

    Defendant.
_____/

## ORDER

The parties have filed a "Joint Stipulation to Arbitrate and Motion to Stay Action Pending Arbitration" (Doc. 10). After reviewing the arbitration agreement, (Doc. 10-1), the Court is satisfied that Plaintiff's claims are subject to arbitration.

Accordingly, it is **ORDERED**:

1. The parties shall proceed to arbitration. This case is **STAYED**, and the Clerk is **DIRECTED** to administratively close the file. The Court retains jurisdiction to adjudicate any necessary post-arbitration motions.

---

[1] When this case was filed, the defendant was identified as "Nurse On Call, Inc. d/b/a Brookdale Senior Living Inc.," but the parties now inform the Court that the correct name is "Nurse On Call, Inc." (Doc. 10 at 1.) The Clerk is directed to update the defendant's name in the case caption accordingly.

2.  The parties shall file a joint report **no later than January 27, 2021 and every ninety days thereafter** advising the Court of the progress of the arbitration.

**ORDERED** in Fort Myers, Florida, on October 15, 2020.

*/s/ John L. Badalamenti*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**